FILED
October 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003025090

JEFFREY M. VETTER
CHAPTER 7 TRUSTEE
P.O. BOX 2424
BAKERSFIELD, CA 93303
(661) 809-6806

## IN THE UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

In re:

CHRISTINE ANNE WOOD

Debtor(s).

Case No: 10-19482-B-7

Chapter 7

DC No. JMV-2

**APPLICATION FOR ORDER AUTHORIZING TRUSTEE TO SELL PERSONAL PROPERTY AT PUBLIC AUCTION**

Date: December 2, 2010
Time: 10:00 a.m.
Place: U.S. Bankruptcy Court
1300 18th Street, Suite A
Bakersfield, California
Judge: W. Richard Lee

By way of the *Application for Order Authorizing Trustee to Sell Personal Property at Public Auction Sale*, Jeffrey M. Vetter, Chapter 7 Trustee, respectfully represents:

1. Christine Anne Wood ("Debtor") filed for relief under Chapter 7 on August 20, 2010. Jeffrey M. Vetter ("Trustee"), is the duly qualified, appointed, and acting trustee in the Chapter 7 case filed by Debtors.

//

//

1    2.   The assets of the estate include a 2008 Copper Canyon 5th Wheel ("Personal
2    Property"), which the Trustee desires to sell at auction.
3         3.   The trustee must liquidate the Personal Property for the benefit of the creditors.
4    Based on the Trustee's experience, the Trustee believes that he will obtain the best and highest
5    net recovery to this estate by selling the Personal Property at a public auction through the
6    employment and services of a licensed auctioneer.
7         4.   The Trustee entered in to an agreement with Jerry Gould of Gould Auction and
8    Appraisal Company ("Auctioneer") to advertise, manage, and conduct the auction. Jerry Gould
9    is the owner and operator of Gould Auction & Appraisal Company and is authorized to review
10   this application and agree to the terms and conditions contained herein. The date for the public
11   auction sale is December 18, 2010, and will be held at 1731 Arts Street, Bakersfield, California.
12        5.   The Trustee filed a separate *Application of Trustee for Order Authorizing*
13   *Employment of Auctioneer*, which describes in detail the proposed compensation to be paid to the
14   Auctioneer. In summary, the Trustee proposes that the fees for professional services rendered by
15   Auctioneer will not exceed 15% of the gross proceeds of the suction plus a one-time
16   reimbursement of $100.00 for the pick up and storage of the Personal Property. Additionally,
17   Auctioneer may be reimbursed up to $100.00 or extraordinary expenses he incurs for repair of
18   the Personal Property to ready it for sale.
19        6.   The Trustee believes that a sale of the Personal Property at public auction is in the
20   best interest of the estate because (a) it would be inefficient for the Trustee to search for buyers;
21   (b) it allows the Trustee to liquidate all the Personal Property in a short period of time.
22   //
23   //
24   //
25   //
26   //
27   //
28   //

1 | WHEREFORE, Trustee prays that:

2 | 1. the *Application for Order Authorizing Trustee to Sell Personal Property at Public Auction* filed by Jeffrey M. Vetter, Chapter 7 Trustee be granted;

3 | 2. the Trustee be authorized to sell the Personal Property of the estate at public auction sale;

4 | 3. the Trustee be authorized to pay Gould Auction and Appraisal Company from the proceeds received from the auction pursuant to the terms and conditions set forth in the *Order Authorizing Employment of Auctioneer to Conduct Public Auction*;

5 | 4. the Trustee is given such other relief as the Court deems just and proper.

Executed this 25th day of October, 2010 at Bakersfield, California.

/s/ 
Jeffrey M. Vetter
Chapter 7 Trustee

E-Filed by: Jeffery M. Vetter
661-809-6806
jeffreyvetter@hotmail.com